#60592

FILED

2010 APR 20 PM 1: 56

CLERK OF BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

## UNCLAIMED FUNDS

APRIL 19, 2010

07-61580    CHRISTOPHER ELDRIDGE
            PATRICIA ELDRIDGE
            DEBTORS DID NOT CASH CHECK
            CHECK #423793 FOR $53.07
            CHRISTOPHER ELDRIDGE
            PATRICIA ELDRIDGE
            536 SOUTH SPRING ST
            BUCYRUS, OH  44820

06-60320    DORIS DAVIS
            CREDITOR DID NOT CASH CHECK
            CHECK #423794 FOR $8.18
            ADVANCE AMERICA
            313 LEXINGTON-SPRIGMILL ROAD
            MANSFIELD, OH  44906

09-62246    WILLIAM FRANCISCO
            CREDITOR DID NOT CASH CHECK
            CHECK #423795 FOR $16.98
            HOME LOAN SERVICE
            150 ALLEGHENY CENTER
            PITTSBURGH, PA 15212

06-61339    BRYAN GEORGE
            AMY GEORGE
            CREDITOR DID NOT CASH CHECK
            CHECK #423796 FOR $200.00
            FAIR FINANCIAL SERVICES
            1500 CANTON RD
            AKRON, OH  44312

```
        0 · *
    5 3 · 0 7 +
      8 · 1 8 +
    1 6 · 9 8 +
  2 0 0 · 0 0 +
1 , 0 1 0 · 8 8 +
1 , 2 8 9 · 1 1 *
```